UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN INDIVIDUALLY AND LAURA ALLEN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THE LATE DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC. d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES<br>Defendants. | CIVIL ACTION NO: |

## CONSENT TO REMOVAL

As evidenced by the signature below submitted, the defendant, Ronald Ryba, hereby consents to the removal of this action from the Commonwealth of Massachusetts, Worcester Superior Court to the United States District Court, District of Massachusetts, Central Division at Worcester

_____
Ronald Ryba

Date: 3-15-05