UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAURA ALLEN INDIVIDUALLY AND LAURA
ALLEN INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF
THE LATE DAN ALLEN, AND AS NEXT
FRIEND OF TAYLOR ALLEN AND
DANIELLE ALLEN; AND MARK ALLEN
    Plaintiffs,

v.

MARTIN SURFACING, INC.; MARTIN
SURFACING A DIVISION OF SOUTHWEST
RECREATION; RONALD RYBA;
SOUTHWEST RECREATIONAL
INDUSTRIES, INC. d/b/a MARTIN
SURFACING;  REED J. SEATON; ROBERT
N. WOLESENSKY,  JR.; DYNAMIC
SPORTS CONSTRUCTION, INC.  AND
DOES
    Defendants.

## CONSENT TO REMOVAL

The defendant, Reed J. Seaton, through his counsel, hereby consents to the removal of this action from the Commonwealth of Massachusetts, Worcester Superior Court to the United States District Court, District of Massachusetts, Central Division at Worcester.

    Respectfully submitted,
    The Defendant,
    Reed J. Seaton
    By His Attorney,

    */s/ Joseph M. Noone*
    Joseph M. Noone, BBO # 559644
    Avery, Dooley, Post & Avery, LLP
    90 Concord Avenue
    Belmont, MA  02478
    (617) 439-7500

## CERTIFICATE OF SERVICE

I, Joseph M. Noone, hereby certify that I have this 23rd day of March, 2005, forwarded the within *Consent to Removal* to all counsel of record by delivering same, first class mail, postage prepaid, to:

Robert J. Bonsignore, Esquire
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155

Lee Stephen MacPhee, Esquire
Gareth W. Notis, Esquire
MORRISON, MAHONEY, LLP
250 Summer Street
Boston, MA 02210

                                                                                */s/ Joseph M. Noone*
                                                           Joseph M. Noone (BBO #559644)
                                                           James T. Sullivan (BBO #565700)
                                                           AVERY, DOOLEY, POST & AVERY, LLP
                                                           90 Concord Avenue
                                                           Belmont, MA 02478
                                                           (617) 489-5300