UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN INDIVIDUALLY AND LAURA ALLEN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THE LATE DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>　　　　Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC. d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES<br>　　　　Defendants. | CIVIL ACTION NO:<br><br>05-cv-40048-FDS |

## MOTION OF DEFENDANTS, ROBERT M. WOLESENSKY, JR. AND DYNAMIC SPORTS CONSTRUCTION, INC., FOR *PRO HAC VICE* ADMISSION OF P. DOUGLAS BARR, ESQ.

Pursuant to L.R. 83.5.3, Defendants, Robert M. Wolesensky, Jr. (incorrectly identified in the Complaint as Robert N. Wolesensky, Jr.) and Dynamic Sports Construction, Inc. ("Dynamic"), through their attorneys, Morrison Mahoney LLP., move this Honorable Court to allow *pro hac vice* admission for P. Douglas Barr, Esq.

In support of this motion, Defendants, Robert M. Wolesensky, Jr. and Dynamic, state as follows:

1.　　P. Douglas Barr, Esq. of Stoll, Keenon & Park, LLP, located in Lexington, Kentucky, serves as national counsel for Robert M. Wolesensky, Jr. and Dynamic.

2. Robert M. Wolesensky, Jr. and Dynamic seek the admission of P. Douglas Barr, Esq. to represent them in the above-entitled action.

3. P. Douglas Barr, Esq. is a licensed attorney in good standing in the State of Kentucky and the State of Ohio, the jurisdictions in which he has been admitted to practice, and a partner in the law firm of Stoll, Keenon & Park, LLP  (See Affidavit of P. Douglas Barr, Esq., attached hereto as Exhibit "A").

4. P. Douglas Barr, Esq. has no disciplinary proceedings pending against him in either Kentucky or Ohio.  (See Affidavit attached hereto as Exhibit "A").

5. P. Douglas Barr, Esq. is also admitted to practice before the United States District Court for the Southern District of Ohio, the United States District Court for the Eastern and Western Districts of Kentucky, the United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Federal Circuit.

6. P. Douglas Barr, Esq. will familiarize himself with the Local Rules of the United States District Court for the District of Massachusetts.

7. P. Douglas Barr, Esq. has associated with Morrison Mahoney LLP, whose attorneys are licensed in the Commonwealth of Massachusetts as co-counsel in this case.

8. This matter involves complex factual matters in which P. Douglas Barr, Esq. specializes.

9. The undersigned counsel will remain actively associated with P. Douglas Barr, Esq. in the defense of this matter.

WHEREFORE, the Defendants, Robert M. Wolesensky, Jr. and Dynamic, respectfully requests that this Honorable Court grant an order admitting P. Douglas Barr, Esq. to this Court *pro hac vice*.

Respectfully submitted,

The Defendants,
Robert M. Wolesensky, Jr.
Dynamic Sports Construction, Inc.
By Their Attorneys,

*/s/ Gareth W. Notis*
Lee Stephen MacPhee, BBO # 312400
Gareth W. Notis, BBO # 637814
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN INDIVIDUALLY AND LAURA ALLEN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THE LATE DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC. d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES<br>Defendants. | CIVIL ACTION NO:<br><br>05-cv-40048-FDS |

**CERTIFICATE OF P. DOUGLAS BARR, ESQ. IN SUPPORT OF MOTION OF DEFENDANTS, ROBERT M. WOLESENSKY, JR. AND DYNAMIC SPORTS CONSTRUCTION, INC., FOR *PRO HAC VICE* ADMISSION OF P. DOUGLAS BARR, ESQ.**

The undersigned, P. Douglas Barr, Esq., in support of the Motion of Defendants, Robert M. Wolesensky, Jr. (incorrectly identified in the Complaint as Robert N. Wolesensky, Jr.) and Dynamic Sports Construction, Inc. for Admission Pro Hac Vice, certifies as follows:

1. I am a partner in the law firm of Stoll, Keenon & Park, LLP, located in Lexington, Kentucky.

2. I am a member in good standing of the Bar and the Supreme Court of the State of Kentucky and the State of Ohio.

3.  I am admitted to practice before the United States District Court for the Southern District of Ohio, the United States District Court for the Eastern and Western Districts of Kentucky, the United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Federal Circuit.

4.  There are no disciplinary proceedings pending against me as a member of the Kentucky bar or the Ohio Bar.

**THE ABOVE STATEMENTS ARE MADE UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF March, 2005.**

*[signature]*

P. Douglas Barr, Esq.
Stoll, Keenon & Park, LLP,
300 West Vine St, Suite 2100
Lexington, KY 40507-1801