UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THE LATE DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>　　　　Plaintiffs<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING, A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC. d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR., DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES<br>　　　　Defendants | CIVIL ACTION NO. 05-40048-FDS |

**PLAINTIFFS' INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2**

NOW COMES the Plaintiffs and makes the following as their Initial Disclosures herein:

1. Rule 26.1(b)(2)(a): All Persons Known to this Defendant, Who Witnessed the Occurrence or Have Substantial Discoverable Information Regarding Same:

    1. Reed J. Seaton
    2. Robert N. Wolsensky
    3. Ronald Ryba
    4. Dennis Allen
    5. Laura Allen
    6. Taylor Allen
    7. Danielle Allen
    8. Mark Allen
    9. Representative(s), Martin Surfacing, Inc.

       10. Representative(s), Southwest Recreational Industries, Inc.
       11. Representative(s), Dynamic Sports Construction, Inc.
       12. Representative(s), College of the Holy Cross
       13. Henry Corazini
       14. Scott Marrow
       15. Mary Herarb
       16. Paul Bachia
       17. Mike Pedone
       18. Bob Griffin
       19. Bob Bradly
       20. Vinny Sinagra
       21. Lee Hall
       22. Larry Napolotano
       23. Bob Neville
       24. Linda George
       25. Nina Robinson
       26. Ann Seleskin
       27. Jim Cavanaugh
       28. Meg Gallager
       29. Leo Fanning
       30. Mary Kay O'Connor

2. <u>Rule 26.1(b)(2)(b): All Opposing Parties From Whom Statements Have Been Taken</u>:

    None.

3. <u>Rule 26.1(b)(2)(c): All Government Agencies Known to Have Investigated Occurrence</u>:

    None.

4. <u>List of Documents Voluntarily Provided Herewith In Lieu of Formal Discovery</u>:

    Plaintiff agrees to make available the following:

       a. Medical Release for Defendant to obtain medical records dating back 3 years before the incident (Medical Records in our possession remain available to the Defendant); and

       b. Death Certificate.

PLAINTIFFS,
Through their counsel,

Dated: August 3, 2005

Robert J. Bonsignore, Esq.
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Phone: 781-391-9400
BBO # 547880

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, certify that on August 3, 2005, a copy of the foregoing Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2 was mailed, postage prepaid, to the following:

Joseph M. Noone, Esq.
James T. Sullivan, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

Lee Stephen MacPhee, Esq.
Gareth W. Notis, Esq.
Morrison, Mahoney, LLP
250 Summer Street
Boston, MA 02210

P. Douglas Barr, Esq.
Stoll, Keenon & Park, LLP
300 West Vine Street, Suite 2100
Lexington, KY 40507

Robert J. Bonsignore, Esq.