UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN, and MARK ALLEN, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-40048-FDS |
| MARTIN SURFACING, INC.; MARTIN SURFACING, A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES, | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

**DEFENDANTS ROBERT M. WOLESENSKY, JR.'S AND DYNAMIC
SPORTS CONSTRUCTION, INC.'S INITIAL DISCLOSURES
PURSUANT TO FRCP 26(a)(1) AND LOCAL RULE 26.2**

Defendants Robert M. Wolesensky, Jr. and Dynamic Sports Construction, Inc. hereby make the following Initial Disclosures pursuant to FRCP 26(a)(1) and Local Rule 26.1:

1) Local Rule 26.1(b)(2)(a): all persons known to these Defendants who witnessed the transactions or occurrences giving rise to the claims or defenses in this matter or who have substantial discoverable information regarding same:

   a) Reed J. Seaton;

   b) Robert M. Wolesensky, Jr.;

   c) Ronald Ryba;

   d) Laura Allen;

2) Local Rule 26.1(b)(2)(b): all opposing parties from whom statements have been taken regarding the subject matter of the claims or defenses:

   a) None

3) Local Rule 26.1(b)(2)(c): all government agencies known to have investigated the transactions or occurrences giving rise to the claims or defenses in this matter:

   a) None

4) Description of documents that are attached hereto without awaiting a formal discovery request:

   a) June 22, 1999 Asset Purchase Agreement by and between Southwest Recreational Industries, Inc. and Martin Surfacing, Inc. (Tab 1, 100001 – 100638);

   b) March 26, 2004 Asset Purchase Agreement by and between Southwest Recreational Industries, Inc. and Dynamic Sports Construction, Inc. (Tab 2, 100639 – 100676);

   c) January 13, 2004 Articles of Incorporation for Martin Surfacing, Inc. (Tab 3, 100678 – 100679);

   d) February 11, 2004 Articles of Amendment and February 18, 2004 Certificate of Correction for Dynamic Sports Construction, Inc. (Tab 3, 100680 – 100682); and

   e) March 11, 2004 Registered Agent form for Dynamic Sports Construction, Inc. (Tab 3, 100684 – 100685).

ROBERT M. WOLESENSKY, JR. and
DYNAMIC SPORTS CONSTRUCTION, INC.
By their attorneys,

/s/Lee Stephen MacPhee
Lee Stephen MacPhee, Esquire (BBO #312400)
Gareth W. Notis, Esquire (BBO #637814)
MORRISON, MAHONEY, LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500


/s/ P. Douglas Barr
P. Douglas Barr (pro hac admitted)
STOLL, KEENON & PARK, LLP
300 West Vine Street
Suite 2100
Lexington, Kentucky  40507
(859) 231-3000

Dated:  September 12, 2005

4

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on the 12th day of September, 2005, via overnight mail, and then via electronic filing on the 14th day of September, 2005, upon the following:

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, Massachusetts  02155

Joseph M. Noone
James T. Sullivan
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, Massachusetts  02478

/s/ Lee Stephen MacPhee and /s/ P. Douglass Barr

Counsel for Defendants
Robert M. Wolesensky, Jr. and
Dynamic Sports Construction, Inc.