UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THE LATE DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>    Plaintiffs<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING, A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC. d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR., DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES<br>    Defendants | CIVIL ACTION<br>No. 05-40048-FDS |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO COMPEL**

Now comes the plaintiff in the above-captioned matter and opposes Defendant, Reed J. Seeton's Motion to Compel. Plaintiffs oppose the Motion to Compel on the basis that the Defendant's request is beyond the scope of Honorable Saylor's Scheduling Order dated September 19, 2005.

Respectfully submitted,

Dated: December 12, 2005

Robert J. Bonsignore, Esq.
BBO No. 547880
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
(781) 391-9400

## CERTIFICATE OF SERVICE

    I, Robert J. Bonsignore, certify that on December 12, 2005, a copy of the foregoing Plaintiffs' Opposition to Defendant, Reed J. Seeton's Motion to Compel was mailed first-class mail, postage prepaid to the following:

Joseph M. Noone, Esq.
James T. Sullivan, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

Lee Stephen MacPhee, Esq.
Gareth W. Notis, Esq.
Morrison, Mahoney, LLP
250 Summer Street
Boston, MA 02210

P. Douglas Barr, Esq.
Stoll, Keenon & Park, LLP
300 West Vine Street, Suite 2100
Lexington, KY 40507

Date: December 12, 2005

_____
Robert J. Bonsignore, Esq.