UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>        Plaintiff,<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC.; AND DOES<br>        Defendants. | CIVIL ACTION NO. 05-40048-FDS |

## NOTICE OF LAW FIRM MERGER

The law firm of Stoll Keenon & Park, LLP hereby notifies the Court, the Clerk of this Court and all counsel of record in this action that, effective January 1, 2006, the law firm merged with the law firm of Ogden Newell & Welch PLLC.  The name of the merged law firm is Stoll Keenon Ogden PLLC.  The mailing address will remain the same.

Please make the appropriate change in all computer and other records related to this action.

Respectfully submitted,
**Robert M. Wolesensky, Jr. and Dynamic Sports Construction, Inc.**
By their attorneys,

*/s/ Gareth W. Notis*
Lee Stephen MacPhee
Gareth W. Notis
MORRISON MAHONEY, LLP
250 Summer Street
Boston, Massachusetts 02210
(617) 439-7500

*/s/ P. Douglas Barr*
P. Douglas Barr
Lindsey W. Ingram III
STOLL KEENON OGDEN PLLC
300 West Vine Street
Suite 2100
Lexington, Kentucky 40507
(859) 231-3000

**Certificate of Service**

I certify that this document has been served upon all counsel of records in compliance with the F.R.C.P. this 18th day of January, 2006.

*/s/ Gareth W. Notis*
Gareth W. Notis