UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THE LATE DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN <br>     Plaintiffs <br><br> v. <br><br> MARTIN SURFACING, INC.; MARTIN SURFACING, A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC. d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR., DYNAMIC SPORTS CONSTRUCTION, INC. AND DOES <br>     Defendants | CIVIL ACTION <br> No. 05-40048-FDS |

## **MOTION TO WITHDRAW**

NOW COMES the Plaintiff, together with the law office of Bonsignore & Brewer and move this Court allow the withdrawal of Bonsignore & Brewer and Robert Bonsignore as counsel for the plaintiff in the above-entitled matter. In support the Plaintiff and counsel state that the Plaintiff specifically request the Court allow this Motion and counsel for the Plaintiff joins in this request and further states that the reason for the withdrawal is privileged.

Dated:   January 30, 2006                                     Respectfully submitted,


                                                                                              /s/ Robert J. Bonsignore  
                                                                Robert J. Bonsignore (BBO #547880)  
                                                                BONSIGNORE & BREWER  
                                                                23 Forest Street  
                                                                Medford, MA  02155  
                                                                (781) 391-9400