UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY; And As ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN; And AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; And MARK ALLEN,<br><br>Plaintiffs;<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING, A Division of SOUTHWEST RECREATION; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC.; AND DOES,<br><br>Defendants. | CIVIL ACTION<br>No.: 05-40048 |

### AFFIRMATION OF ALAN BELL, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM COURT-IMPOSED DEADLINES, FOR STAY OF PROCEEDINGS AND FOR IMPOSITION OF SUBSTITUTE SCHEDULING ORDER

I, Alan Bell, Esq., affirm as follows:

1. I am a member of the Bar of the State of Florida, and currently reside in Capistrano Beach, California, and part time in Boynton Beach, Florida.

2. I am the referring counsel of the within matter, and because of a recent breakdown in the Attorney – client relationship between prior counsel and the client, I was forced to

re-involve myself in this case, in order to locate successor counsel, and to facilitate an orderly and timely transfer of the files to that successor counsel.

3. As such, Michael R. Hugo, Esq., of the firm Lopez, Hodes, Restaino, Milman & Skikos, LC , 95 Commercial Wharf, Boston, Massachusetts; and Anthony Tarricone, Esq. of the firm Sarrouf, Tarricone & Fleming, also located at 95 Commercial Wharf, Boston, Massachusetts, have agreed to file their appearances and t be retained as co-counsel for representation herein.

4. With the advice and consent of the plaintiffs, the two firms are co-counsel of record in this matter.

5. I have reviewed the Motion and Memorandum filed herewith.

6. I affirm that the facts set forth in the numbered paragraphs in the memorandum are true and accurate to the best of my personal knowledge and belief.

Dated and Signed this 3rd day of February, 2006.

_____
Alan Bell, Attorney at Law
35201 Camino Capistrano
Capistrano Beach, CA 92624
Admitted to Florida State and
Federal Bars Exclusively