# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **LAURA ALLEN, INDIVIDUALLY; And As ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN; And AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; And MARK ALLEN,** | ) ) ) ) ) ) | |
| **Plaintiffs;** | ) ) | **CIVIL ACTION No.: 05-40048** |
| **v.** | ) ) | |
| **MARTIN SURFACING, INC.; MARTIN SURFACING, A Division of SOUTHWEST RECREATION; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC.; AND DOES,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby requests that this Court notice his appearance as counsel for the Plaintiffs.

The Plaintiffs,
By their attorney,

Michael R. Hugo, Esq. B.B.O. No. 243890
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA 02110
(617) 973-9777
mhugo@lopez-hodes.com

Dated: February 9, 2006