UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>      Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC.; AND DOES<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-40048-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS ROBERT M. WOLESENSKY, JR.'S AND DYNAMIC SPORTS CONSTRUCTION, INC.'S SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP 26(a)(1) AND LOCAL RULE 26.2**

Defendants Robert M. Wolesensky, Jr. (incorrectly identified as "Robert N. Wolesensky") and Dynamic Sports Construction, Inc. hereby make the following Supplemental Disclosures pursuant to FRCP 26(a)(1) and Local Rule 26.1:

- Local Rule 26.1(b)(2)(a):  all persons known to these Defendants who witnessed the transactions or occurrences giving rise to the claims or defenses in this matter or who have substantial discoverable information regarding same:

    o **Marcie Wolinsky-Friedland, M.D.:** Last known address:  Americas Medical Center, 31 Baily Avenue, Ridgefield, CT 06877.  She is believed

to be an internal medicine practitioner in Ridgefield, Connecticut. Dan Allen was one of her patients. She has information regarding Mr. Allen's cause of death. She believes his death was a result of Multiple Chemical Sensitivity ("MCS"). Several on-line articles quote Dr. Wolinsky-Friedland on this case.

- **Scott M. Merrill**: Scott M. Merrill became director of the physical plant at Holy Cross on November 1, 2002, following the retirement of Gerard A. Zimmermann. Previously, Merrill served as assistant director of the physical plant for twelve years, most recently coordinating the construction of Holy Cross's Smith Hall. It is believed that correspondence from Martin Surfacing was addressed to Mr. Merrill on February 5, 2001. See attached documents. Mr. Merrill resides in Charlton, Massachusetts and can be reached by phone at (508) 793-2438 or by email at smerrill@holycross.edu.

- **Joan Champagne:** Ms. Champagne served as Purchasing Manager for Holy Cross in 1999 through at least 2002. It is believed that Ms. Champagne's signature appears on a Purchase Order for Southwest Recreational Industries on July 25, 2002. See attached document.

- **Leo Fanning:** Mr. Fanning is a former Holy Cross Assistant Coach under Dan Allen who took over the Holy Cross program with Bob Griffin, Holy Cross' Offensive Coordinator, when Dan Allen took a leave of absence.

- **Bob Griffin:** Mr. Griffin is an Assistant Football Coach at Holy Cross. Mr. Griffin is in his sixth season with Holy Cross.

- o **Richard Regan:** Mr. Regan currently serves as Athletics Director of Holy Cross. Mr. Regan can be reached by phone at (508) 793-2571 or by email at rregan@holycross.edu.
- o **Ronald Ryba:** Mr. Ryba is a former employee of Southwest Recreational Industries, Inc. and, upon information and belief, was the sales representative responsible for the Holy Cross account. The last known location for him is 3001 E. Lincoln Drive West, Marlton, New Jersey, 08053.

Respectfully submitted,
By their attorneys,

/s/ Gareth W. Notis
Lee Stephen MacPhee
Gareth W. Notis
MORRISON MAHONEY, LLP
250 Summer Street
Boston, Massachusetts  02210
(617) 439-7500

/s/ P. Douglas Barr
P. Douglas Barr
Lindsey W. Ingram III
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky  40507
(859) 231-3000

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this _____ day of _____, 2006.

/s/Gareth W. Notis
Gareth W. Notis

Ex 4



# COLLEGE OF THE HOLY CROSS

*Office of Physical Plant*

April 5, 2001

Martin Surfacing
Greentree Executive Campus
301-E Lincoln Drive
Marlton, NJ 08053

Attn: Mr. Ron Ryba

Re: Fieldhouse Floor

Dear Ron:

This is a Letter of Intent to Award Martin Surfacing a contract for the accomplishment of resurfacing that portion of the Fieldhouse floor inside the circumference of the track at the College of the Holy Cross in accordance with your proposal dated February 5, 2001 at a cost of $53,712. A purchase order will be issued within the next few weeks.

The work will be accomplished between May 21, 2001 and June 8, 2001.

We look forward to working with Martin Surfacing again in resurfacing of the Fieldhouse floor.

Sincerely,

Gerard L. Zimmermann
Director of Physical Plant

SMM

Cc: ✓ Scott M. Merrill
    Lenny Raymond

One College Street   Worcester, MA 01610-2395   508 793-2438   Fax 508 793-2701

**Sport Surfaces**

**Martin SURFACING**

(2001)

Sent via Fax (508) 793-2701

February 5, 2001


FAXED 2-5-01

Mr. Scott Merrill
Holy Cross University
One College Street
Worcester, MA 01610-2395

RE: Holy Cross Fieldhouse

Dear Scott:

Martin Surfacing, a Division of Southwest Recreation proposes to furnish all labor and materials necessary to install VERSATURF "360" poured-in-place, urethane system in room Fieldhouse of approximately 17,000 square feet with a 1/8" average thickness for the sum of:

$53,712

**FIFTY-THREE THOUSAND SEVEN HUNDRED TWELVE AND NO/100 DOLLARS**

- All work will be done according to manufacturers specifications.
- Price includes all two-inch game lines and coatings as they now exist; any extra-ordinary lines, logos or letters are extra, of course.
- Quote is based upon a second quarter of the year 2001. (May 1st to June 15th)
- Exclusions are wall base, inserts, thresholds, bond premium and levelling of slab if necessary.
- Price includes removing and disposing of an average 1/16" of floor and replacing with 1/8" Versaturf "360" surface.
- A complete maintenance program to follow installation of surface.

*Scott
Please Confirm Dates —
A.S.A.P.
Ron
2-5-01*

Thank you again for your interest in Martin Surfacing. Please call if you have any questions.

Best Regards,



Ron Ryba
Senior Account Executive
RR/jev

Greentree Executive Campus
1001-E Lincoln Drive West
Marlton, New Jersey 08053
856.797.4777
fax 856.797.6796
www.martinsurfacing.com
email: gymfloors@martinsurfacing.com


HolyCrossFH20501

APR-14-2004 01:51PM  FROM-General insul          5087933826          T-206  P.008/008  F-494



# PURCHASE ORDER

FAXED 7-26-02

**College of the Holy Cross**
1 College Street
(508) 793-2441
Worcester, MA 01610-2395

| PO Number | Date | Revision | Page |
|---|---|---|---|
| 0000005596 | 07/25/2002 | | 1 |
| Pay Terms | Freight Terms | PO Type | Ship Via |
| Net 27 | Destination | GEN | SURFACE |
| Requester: | JACK MCCANN | | |
| Buyer: | Downey, Gini | | |

Vendor: 0000005030
Southwest Recreational Industries, Inc.
D/B/A Martin Surfacing
701 Leander Drive
Leander, TX 78641
Fax:    410-584-9568

Ship To: Maintenance Bld Serv
1 College Street
Worcester, MA 01610-2395

Bill To: Controller's Office
1 College Street
Worcester, MA 01610-2395

Tax Exempt? Y    Tax Exempt ID:  042103558

| Line-Schd | Description | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | Hawk Synthetic Floor Stripper | 2.00 | EA | 90.00 | 180.00 | 08/01/2002 |
| 2- 1 | SynthaSeal Synth. Floor Sealer | 10.00 | EA | 78.00 | 780.00 | 08/01/2002 |

*Added $103.92 shipping*
*Charge to PO 0000005596*
*total PO #1063.92*

Total PO Amount

**Authorized Signature**
Joan F. Champagne

Purchase Order Number must appear on all invoices, containers, packages and correspondence.