UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>　　　　Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, INC.; MARTIN SURFACING A DIVISION OF SOUTHWEST RECREATION; RONALD RYBA; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING; REED J. SEATON; ROBERT N. WOLESENSKY, JR.; DYNAMIC SPORTS CONSTRUCTION, INC.; AND DOES<br>　　　　Defendants. | CIVIL ACTION NO. 05-40048-FDS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby Stipulate that the Plaintiffs' claims herein against Defendants, Robert M. Wolesensky, Jr. (incorrectly identified as "Robert N. Wolesensky") and Dynamic Sports Construction, Inc., are DISMISSED, with prejudice to future action.

STIPULATED:

_/s/ Anthony Tarricone_

Anthony Tarricone
SARROUF, TARRICONE & FLEMING
95 Commercial Wharf
Boston, Massachusetts 02110
(617) 227-5800
*Attorney for Plaintiffs*

*[signature]*

P. Douglas Barr
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
(859) 231-3000

and

Lee Stephen MacPhee
Gareth W. Notis
MORRISON MAHONEY, LLP
250 Summer Street
Boston, Massachusetts 02210
(617) 439-7500
*Attorneys for Defendants Wolesensky
and Dynamic Sports Construction*

*[signature]*

Joseph M. Noone, Esq.
James T. Sullivan, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
*Attorneys for Defendant Reed J. Seaton*

## CLERK'S CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Stipulation of Dismissal was served, by U.S. Mail, this the **27th** day of April 2006, upon the following:

Anthony Tarricone
SARROUF, TARRICONE & FLEMING
95 Commercial Wharf
Boston, Massachusetts 02110

P. Douglas Barr
Lindsey W. Ingram III
STOLL KEENON OGDEN PLLC
300 West Vine Street
Suite 2100
Lexington, Kentucky  40507

Lee Stephen MacPhee
Gareth W. Notis
MORRISON MAHONEY, LLP
250 Summer Street
Boston, Massachusetts  02210

Joseph M. Noone, Esq.
James T. Sullivan, Esq.
Avery, Dooley, Post & Avery, LLP
90 Concord Avenue
Belmont, MA 02478

                                                                                              _____
                                                                                              Clerk, U.S. District Court
                                                                                              District of Massachusetts