UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY; And As ADMINISTRATRIX OF THE ESTATE OF DANIEL ALLEN; And AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; And MARK ALLEN,<br><br>Plaintiffs;<br><br>v.<br><br>MARTIN SURFACING, A Division of SOUTHWEST RECREATIONAL INDUSTRIES; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING,<br><br>Defendants. | CIVIL ACTION<br>No.: 05-40048-FDS |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Michael L. Mahoney, Esquire, Mullen & McGourty, 52 Temple Place, 4th Floor, Boston, Massachusetts, hereby enters his appearance on behalf of Southwest Recreational Industries, Inc. d/b/a Martin Surfacing, Defendants in the above-referenced action and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address and telephone number set forth below.

Dated: June 2, 2006

Respectfully submitted,
The Defendants,
Southwest Recreational Industries, Inc. d/b/a
Martin Surfacing

Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
(617) 338-9200
BBO# 557562