UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>    Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, A Division of SOUTHWEST RECREATIONAL INDUSTRIES, INC; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING;<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-40048-FDS |

## PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2

NOW COMES the Plaintiffs and makes the following as their Supplemental Disclosures:

1. Rule (26.1(b)(2)(a): All Persons Known to this Defendant, Who Witnessed the Occurrence or Have Substantial Discoverable Information Regarding Same:

    **WITNESSES**

    1. Reed J. Seaton
    2. Robert N. Wolensky
    3. Ronald Ryba
    4. Dennis Allen
    5. Laura Allen
    6. Taylor Allen
    7. Danielle Allen
    8. Mark Allen
    9. Persons presently or previously associated with the College of the Holy Cross:
        i. Richard M. Regan, Jr.

  ii. Scott M. Merrill
  iii. William J. Conley
  iv. William R. Durgin
  v. Rev. Dennis J. Yesalonia, S.J.
  vi. Patricia Morrisette
  vii. Gerald A. Zimmermann
  viii. Lenny Raymond
  ix. Paul Bachia
  x. Bob Bradley
  xi. Jim Cavanaugh
  xii. Henry Corazini
  xiii. Leo Fanning
  xiv. Meg Gallagher
  xv. Linda George
  xvi. Bob Griffin
  xvii. Lee Hall
  xviii. Mary Herard
  xix. Larry Napolotano
  xx. Bob Neville
  xxi. Mike Pedone
  xxii. Nina Robinson
  xxiii. Vinny Sinagra
  xxiv. Ann Zelesky

10. Persons presently or previously associated with Southwest Recreational Industries, Inc. d/b/a Martin Surfacing:
  i. Dick McFadden
  ii. Jack McCann
  iii. John T. Beynor
  iv. Harry Coke
  v. Mike Palmer
  vi. Ron Ryba

11. Medical Providers:
  i. Marcie Wolinsky-Friedland, M.D.
  ii. Richard A. Palken, M.D.
  iii. George Zabrecky, M.D.
  iv. Nicholas Smyrnios, M.D.
  v. Mary Kay O'Connor

Plaintiffs reserve the right to supplement their witness list.

2. Rule (26.1(b)(2)(b): All Opposing Parties from whom Statements Have Been Taken:

  None.

3.  Rule (26.1(b)(2)(b): All Government Agencies Known to Have <u>Investigated Occurrence:</u>

    None.

4.  **DOCUMENTS**

    1.  Medical Records
        Bates Stamped 000231 - 000659

    2.  Documents received from the College of the Holy Cross
        Bates Stamped 000001 – 000230

    3.  Death Certificate

                                    RESPECTFULLY SUBMITTED
                                    THE PLAINTIFFS
                                    BY THEIR ATTORNEYS

/s/ Anthony Tarricone
ANTHONY TARRICONE, ESQ.
BBO No. 492480
SARROUF, TARRICONE & FLEMMING, P.C.
95 COMMERCIAL WHARF
BOSTON, MA 02110
TEL.: (617) 227-5800
FAX: (617) 227-5470
atarricone@stflaw.com

AND

/s/ Michael R. Hugo
MICHAEL R. HUGO
BBO No. 243890
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS, LC
95 COMMERCIAL WHARF
BOSTON, MA 02110
PHONE: (617) 973-9777
FAX: (617) 227-4006
mhugo@lopez-hodes.com