UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

LAURA ALLEN, INDIVIDUALLY AND AS )
ADMINISTRATRIX OF THE ESTATE OF )
DAN ALLEN, AND AS NEXT FRIEND )
TAYLOR ALLEN AND DANIELLE ALLEN; )
AND MARK ALLEN )
    Plaintiffs, )
 )
 )  CIVIL ACTION
 )  NO. 05-40048-FDS
v. )
 )
MARTIN SURFACING, A Division of )
SOUTHWEST RECREATIONAL )
INDUSTRIES, INC; SOUTHWEST )
RECREATIONAL INDUSTRIES, INC ., )
d/b/a MARTIN SURFACING; )
 )
    Defendants. )
_____ )

**NOTICE OF CHANGE OF ADDRESS**

    Please enter the appearance of Anthony Tarricone, formerly of Sarrouf, Tarricone & Flemming, 95 Commercial Wharf, Boston, MA  02110, now with Kreindler & Kreindler, 277 Dartmouth Street, Boston, MA  02116 as attorney for the plaintiff, Laura Allen, Individually and as Administratrix of the Estate of Daniel Allen, and as next Friend of Taylor Allen and Mark Allen, in the above-entitled case.


                                      /s/  Anthony Tarricone_____
                                      Anthony Tarricone, Esq., (BBO#: 492480)
                                      Attorney for the Plaintiffs
                                      KREINDLER & KREINDLER
                                      277 Dartmouth Street
                                      Boston, MA  02116
                                      Tel.:  (617) 424-9100

October 23, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the following document was sent via First Class Mail, Return Receipt Requested:

- Notice of Change of Address

The document was sent to following Counsel of Record on this 23th day of October 2006:

>Michael L. Mahoney, Esq.
>Mullen & McGourty
>52 Temple Place, 4th Floor
>Boston, MA  02110

>/s/ Anthony Tarricone_____
>ANTHONY TARRICONE, ESQ.