UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN<br>Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, A Division of SOUTHWEST RECREATIONAL INDUSTRIES, INC; SOUTHWEST RECREATIONAL INDUSTRIES, INC., d/b/a MARTIN SURFACING;<br><br>Defendants. | CIVIL ACTION<br>NO. 05-40048-FDS |

**ENTRY OF APPEARANCE**

Please enter the following appearance as additional counsel of record for the plaintiffs in the above-captioned matter:

James D. Gotz, Esq.
BBO no. 567157
*Kreindler & Kreindler LLP*
277 Dartmouth Street
Boston, MA 02116
(617) 424-9100
jgotz@kreindler.com

Attorneys Anthony Tarricone and Michael Hugo remain counsel of record for the plaintiffs.

- 1 -

- 2 -

        Respectfully Submitted
        The Plaintiffs
        By Their Attorneys


        ___/s/__James D. Gotz_____
        Anthony Tarricone, Esq.
        BBO No. 492480
        James D. Gotz, Esq.
        BBO No. 567157
        *Kreindler & Kreindler LLP*
        277 Dartmouth Street
        Boston, MA 02116
        Tel.: (617) 424-9100
        Fax: (617) 227-5470

Dated: November 24, 2006

**Certificate of Service**

I hereby certify that a copy of the foregoing was served this day upon the following counsel of record:

Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
Counsel for Defendant
(via U.S. Mail)

Michael Hugo, Esq.
95 Commercial Wharf
Boston, MA 02110
Co-Counsel for Plaintiff
(via electronic mail)


        __/s/__James D. Gotz_____
        James D. Gotz, Esq.

- 3 -