UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX )
OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND )
OF TAYLOR ALLEN AND DANIELLE ALLEN; )
AND MARK ALLEN, )
 )
                                             **Plaintiffs,** )
 )  **CIVIL ACTION**
v. )  **NO. 05-40048-FDS**
 )
MARTIN SURFACING, A Division of SOUTHWEST )
RECREATIONAL INDUSTRIES, INC; SOUTHWEST )
RECREATIONAL INDUSTRIES, INC ., d/b/a MARTIN )
SURFACING, )
 )
                                             **Defendants.** )
_____/

**PLAINTIFFS' MOTION TO ADMIT ALAN BELL, ESQ. *PRO HAC VICE*,
PURSUANT TO LOCAL RULE 83.5.3(b)**

     **NOW COME** the plaintiffs in this action, through their counsel, and move that this Honorable Court allow Attorney Alan Bell to appear in this case, *pro hac vice.* In support hereof, the plaintiffs state that (1) Mr. Bell is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and further, his application for leave to practice in this court is on motion of a member of the bar of this court, who has already filed an appearance.

     In support of this Motion, the plaintiffs file herewith an affidavit of Alan Bell, and a copy of a Certificate of Good Standing from the Florida Bar.

Dated:  November 27, 2006

Respectfully Submitted,
The Plaintiffs,
By their counsel

 /s/ Michael R. Hugo
Michael R. Hugo, BBO#243890
95 Commercial Wharf
Boston, Massachusetts 02110
Phone: (617) 973-9777
Fax:    (617)227-4006
mhugo@lopez-hodes.com

and

 /s/ Anthony Tarricone
Anthony Tarricone BBO# 492480
atarricone@kreindler.com

James D. Gotz BBO# 567157
jgotz@kreindler.com

Kreindler & Kreindler LLP
277 Dartmouth Street
Boston, Massachusetts 02116
Phone: (617) 424-9100
Fax:    (617) 424-9120

**CERTIFICATE OF SERVICE**

I, James D. Gotz, certify that on this 27th day of November, 2006, I caused all counsel of record to be served the within PLAINTIFFS' MOTION TO ADMIT ALAN BELL, ESQ. *PRO HAC VICE,* PURSUANT TO LOCAL RULE 83.5.3(b), via the Electronic Court Filing system.

/S/__James D. Gotz

**SO ORDERED:**

This 27th day of November, 2006

_____
F. Dennis Saylor, USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA ALLEN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DAN ALLEN, AND AS NEXT FRIEND OF TAYLOR ALLEN AND DANIELLE ALLEN; AND MARK ALLEN,<br><br>                              Plaintiffs,<br><br>v.<br><br>MARTIN SURFACING, A Division of SOUTHWEST RECREATIONAL INDUSTRIES, INC; SOUTHWEST RECREATIONAL INDUSTRIES, INC ., d/b/a MARTIN SURFACING,<br><br>                              Defendants. | CIVIL ACTION<br>NO. 05-40048-FDS |

**AFFIDAVIT OF ALAN BELL, ESQ., IN SUPPORT OF
PLAINTIFFS' MOTION TO ADMIT ALAN BELL, ESQ. *PRO HAC VICE*,
PURSUANT TO LOCAL RULE 83.5.3(b)**

I, Alan Bell, Esq., depose and state as follows:

1. I am and have been a member in good standing of the Florida Bar and the U.S. Court of Appeals, 11th Circuit, in the Southern District of Florida since 1980.

2. I was initially contacted by the Plaintiffs, Laura and Dan Allen, who resided in the State of Massachusetts, for legal representation. Thereafter, I referred their case to Michael Hugo and Anthony Tarricone, both members of the Massachusetts Bar

3. The client, Laura Allen has requested that I remain part of the legal team. I wish to stay involved in an advisory and consulting capacity, though not necessarily in day to day or in court proceedings.

4. I request to be added as co-counsel in the U.S. District Court for the District of Massachusetts for Case No. 05-40048, *Allen et al v. Martin Surfacing et al,* pursuant to the applicable Local Rules of the District of Massachusetts pertaining to appearances *Pro Hac Vice*.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

7. My application for leave to practice in this matter is made upon motion of one or more attorneys who are admitted to practice before this Honorable Court, who have already filed their appearances.

8. All statements contained herein are true to the best of my knowledge and belief, and are made upon personal knowledge.

SIGNED this 27th Day of November, 2006, under the PAINS and PENALTIES of PERJURY.

                                                     __/s/ Alan Bell_____
                                                     Alan Bell, Esq.



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLABAR.ORG

State of Florida    )

County of Leon     )

In Re: 288004  
Alan Bell  
5198 Clover Creek Drive  
Boynton Beach, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 11, 1979.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 6TH day of July, 2006.

Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/jjth7/R10