

# KREINDLER & KREINDLER LLP

277 Dartmouth Street
Boston, MA 02116-2805
(617) 424-9100
Fax: (617) 424-9120
www.kreindler.com

April 2, 2007

*Via ECF Filing*

The Honorable F. Dennis Saylor
Harold D. Donohue Federal Bldg and
United States Courthouse
595 Main Street
Worcester, MA 01608-2025

Re:   *Allen v. Martin Surfacing, et al.*
      Civil Action no. 05-40048-FDS

Dear Judge Saylor:

I write on behalf of both parties in this action.

Counsel have conferred in advance of our status conference scheduled for Wednesday, April 4 at 3pm, and respectfully submit the below proposed schedule and protocol for expert discovery and related (*Daubert*) motion practice for the Court's consideration.

This schedule takes into account counsel's collective experience in environmental tort expert discovery and *Daubert* practice scheduling issues, including issues in scheduling experts for deposition during summer months, and also the time required to properly brief complex scientific/medical matters.

We look forward to addressing this proposal with the Court on April 4.

---

New York Office

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181

Los Angeles Office

707 Wilshire Boulevard
Los Angeles, CA 90017-3613
(213) 622-6469

New Jersey Office

801 Franklin Avenue
Franklin Lakes, NJ 07417
(201) 343-7771

The Honorable F. Dennis Saylor
4/2/2007
Page 2 of 2

| **Date** | **Event** |
|---|---|
| June 1, 2007 | Plaintiff and Defendant disclose Rule 26 expert reports and materials[1] |
| July 1, 2007 | Plaintiff and Defendant disclose supplemental and/or rebuttal reports as per Rule 26 |
| July – August 2007 | Plaintiff and Defendant will cooperate to make experts available for deposition (where possible, plaintiff's experts are deposed first unless otherwise by agreement)[2] |
| September 30, 2007 | Deadline for filing *Daubert* motions to preclude expert testimony |
| October 30, 2007 | Deadline for filing oppositions to *Daubert* motions |
| November 15, 2007 | Deadline for filing replies to oppositions to *Daubert* motions (10-page limit) |
| November 15, 2007 | Status Conference to discuss nature and scope of *Daubert* hearing, including extent to which live testimony will be heard and presentation of same |
| Late November/ December 2007 | *Daubert* hearing |

Sincerely,

James Gotz (Counsel for Plaintiff)

Copy To:    Counsel of Record

---

[1] The parties shall disclose the following: expert report; current CV; prior testimony and rates all as per Rule 26; in addition, parties shall provide copies of all literature specifically referenced in reports (medical records of Mr. Allen and documents from Martin Surfacing or Holy Cross as referenced in reports need not be produced unless requested in good faith); parties shall respond to all reasonable requests for copies of articles listed in an expert's CV that cannot otherwise be obtained through reasonable efforts; parties shall provide all notes prepared by expert and communications with other experts, but not drafts of reports or communications with counsel; finally, parties shall produce copies of transcripts of expert's former testimony if same are in possession and readily accessible by expert or counsel.

[2] Deposition shall take place at a date, time and place convenient to the expert unless otherwise agreed; deposition may not exceed 6 hours of actual testimony time; parties shall be responsible for paying their own expert's expenses and time in connection with the preparation of their reports and depositions.