UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                              )
LAURA ALLEN, INDIVIDUALLY; And As             )
ADMINISTRATRIX OF THE ESTATE                  )
OF DAN ALLEN; And AS NEXT FRIEND              )
OF TAYLOR ALLEN And DANIELLE                  )
ALLEN And MARK ALLEN,                         )
                                              )
           Plaintiffs,                        )   CIVIL ACTION
                                              )   No.: 05-40048-FDS
                                              )
                                              )
MARTIN SURFACING, A Division of               )
SOUTHWEST RECREATIONAL                        )
INDUSTRIES, INC.; SOUTHWEST                   )
RECREATIONAL INDUSTRIES, INC.,                )
d/b/a MARTIN SURFACING,                       )
                                              )
           Defendants.                        )
_____)

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby requests that this Court notice his appearance as counsel for the Plaintiffs.

                                        The Plaintiffs,
                                        By their attorney,


                                        /S/ Ian N. McCallister
                                        Ian N. McCallister, Esq. B.B.O. No. 633445
                                        Brent Coon & Associates
                                        277 Dartmouth Street, 4th Floor
                                        Boston, MA 02116
                                        (617) 973-9777
                                        ian.mccallister@bcoonlaw.com

Dated: December 3, 2007

## CERTIFICATE OF SERVICE

I, Ian N. McCallister, certify that on this 3rd day of December, 2007, I caused all counsel of record to be served the within Notice of Appearance, via the Electronic Court Filing System.

                                                    /S/ Ian N. McCallister