

# KREINDLER & KREINDLER LLP

277 Dartmouth Street
Boston, MA 02116-2805
(617) 424-9100
Fax: (617) 424-9120
www.kreindler.com

September 4, 2008

***Via ECF Filing***

The Honorable F. Dennis Saylor
Harold D. Donohue Federal Bldg and
United States Courthouse
595 Main Street
Worcester, MA 01608-2025

Re:     *Allen v. Martin Surfacing, et al.*
        Civil Action no. 05-40048-FDS

Dear Judge Saylor:

I write on behalf of the plaintiff, with the knowledge of defense counsel, to inquire whether a teleconference would be appropriate, to discuss the status of this case.

As the Court will recall, the parties presented their experts in a multi-day *Daubert* evidentiary hearing in January 2008.

Thank you for your consideration.

Sincerely,

James D. Gotz

Copy To:      Counsel of Record (via ECF)

New York Office

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181

Los Angeles Office

707 Wilshire Boulevard
Los Angeles, CA 90017-3613
(213) 622-6469

New Jersey Office

801 Franklin Avenue
Franklin Lakes, NJ 07417
(201) 343-7771